435 A.2d 918

Martin, Appellant v. Myers.

Petition for Allowance of Appeal Denied Nov. 9, 1981.

Argued May 4, 1981. James L. Martin, appellant, in propria persona; Samuel L. Andes, for appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.

Before CERCONE, P. J., and SPAETH and CAVA-NAUGH, JJ.

Judgment affirmed.